UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BUSINESS HEALTH SOLUTIONS, P.C.  )<br>)<br>Plaintiff,                                           )<br>)<br>-vs-                                                      )<br>)<br>SALUS MEDICAL, LLC, and                    )<br>and JOHN DOES 1-10,                            )<br>)<br>Defendants.                                        ) | Case No.  19-cv-11959<br>Hon. Judith E. Levy |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

WHEREAS, the parties have negotiated a settlement, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs and the dismissal of Plaintiff's putative class claims without prejudice and without costs.

**IT IS SO ORDERED.**

Date: March 12, 2020              s/Judith E. Levy
                                                United States District Judge

STIPULATED AND AGREED:

1

| PLAINTIFF | DEFENDANT |
|---|---|
| MICHIGAN URGENT CARE & PRIMARY CARE PHYSICIANS, P.C. | MDVIP, INC. |

| | |
|---|---|
| /s/Daniel A. Edelman | /s/ Debra Bernard |
| Daniel A. Edelman (IL Bar. No.712094) | Debra Bernard |
| Cathleen M. Combs | Perkins Coie LLP |
| Dulijaza (Julie) Clark | 131 S. Dearborn Street |
| EDELMAN COMBS LATTURNER | Suite 1700 |
| & GOODWIN LLC | Chicago, IL 60603-5559 |
| 20 South Clark Street, Suite 1500 | 312-324-8559 |
| Chicago, IL 60603 | dbernard@perkinscoie.com |
| (312) 739-4200 | |
| (312) 419-0379 (Fax) | |
| courtecl@edcombs.com | *Attorney for Salus Medical* |

Adam G. Taub
ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC
17200 West Ten Mile Road, Suite 200
Southfield, MI 48075
(248) 746-3790
adamgtaub@clgplc.net

*Attorneys for Plaintiff*